ELLA G. LIBBY, Appellant, *v.* EDMUND VAN DERZEE et al., Respondents.

*Libby* v. *Van Derzee,* 80 App. Div. 494, affirmed.
(Argued October 27, 1903; decided November 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 1, 1903, affirming a judgment in favor of defendants

entered upon a dismissal of the complaint by the court on trial at Special Term.

*J. J. Bennett* for appellant.

*William D. Gaillard* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.